IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CV-329-KS

| | | |
|---|---|---|
| DENNIS LOVETTE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of Social | ) | |
| Security, | ) | |
| | ) | |
| Defendant. | ) | |

Upon consideration of Defendant's unopposed motion to appear by video teleconference for the hearing scheduled on June 14, 2022, at 1:30 p.m., it is hereby ORDERED that Defendant's motion [DE #28] is GRANTED. At least seven (7) days before the scheduled hearing, counsel for Defendant shall submit to the court a VTC Request Form, which can be obtained from the court's website at http://www.nced.uscourts.gov/attorney/crtech.aspx.

This 2nd day of June 2022.

_____
KIMBERLY A. SWANK
United States Magistrate Judge