UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| DENNIS LOVETTE,  )<br>      Plaintiff,  )<br>  )<br>v.  )<br>  )<br>KILOLO KIJAKAZI,  )<br>*Acting Commissioner of Social Security,*  )<br>      Defendant.  )<br>  ) | **JUDGMENT**<br><br>Case No. 5:21-CV-329-KS |

**Decision by Court.**

This action came before United States Magistrate Judge Kimberly A. Swank for consideration of the parties' cross Motions for Judgment on the pleadings.

IT IS ORDERED, ADJUDGED AND DECREED the court grants the Plaintiff's Motion for Judgment on the Pleadings [DE-18], denies the Defendant's Motion for Judgment on the Pleadings [DE-24] and the case is remanded to the Commissioner pursuant to sentence four of 42 U.S.C § 405(g) for further proceedings consistent with the court's order.

This judgment filed and entered on **July 14, 2022,** with electronic service upon:

**Charlotte Hall,** *Counsel for Plaintiff*
**Amanda Gilman** - *Counsel for Defendant*
**Mark Goldenberg** - *Counsel for Defendant*

                                                **PETER A. MOORE, JR.,**
                                                CLERK, U.S. DISTRICT COURT

DATE: July 14, 2022                    /s/ *Shelia Foell*
                                                (By): Shelia Foell, Deputy Clerk of Court